United States Bankruptcy Court
District of Colorado

In re:     Case No. 21-10768-TBM
Audrey K Naomi Dolan     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Feb 19, 2021     Form ID: 769     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Audrey K Naomi Dolan, 581 Delta Avenue, Akron, CO 80720-1039 |
| 18972075 | | A T and T Bankruptcy, RE: XXX XXX 1458, 433 Communications Dr, Flr 4W, Dallas, TX 75211 |
| 18972074 | #+ | Advance Recovery Service, RE: XXX XXX 1458, 4770 S 900 E, 100, Salt Lake City, UT 84117-4609 |
| 18972051 | + | Capital One WalMart Card, RE: XXX XXX 0001, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18972055 | + | Farmers State Bank, RE: XXX XXX 2670, PO Box 300, Akron, CO 80720-0300 |
| 18972058 | + | Home Depot Credit Cards Private Label, RE: XXX XXX 2753, PO Box 20483, Kansas City, MO 64195-0483 |
| 18972056 | + | Home Depot Credit Cards Private Label, RE: XXX XXX 7252, PO Box 20483, Kansas City, MO 64195-0483 |
| 18972057 | + | Home Depot Credit Cards Private Label, RE: XXX XXX 7077, PO Box 20483, Kansas City, MO 64195-0483 |
| 18972059 | | Kay Jewelers, RE: XXX XXX 6774, PO Box 659728, Kansas City, MO 64195 |
| 18972077 | | Mr Cooper, RE: XXX XXX 7646, PO Box 6509783, Dallas, TX 75265 |
| 18972062 | + | PayPal Merchant Accounts, RE: XXX XXX 3673, 2211 North First St, San Jose, CA 95131-2021 |
| 18972063 | + | Peak to Peak Podiatry, RE: XXX XXX u000, 1222 Lanyon Lane, Longmont, CO 80503-3641 |
| 18972064 | + | Sears Credit Cards Private Label, RE: XXX XXX 5900, PO Box 20483, Kansas City, MO 64195-0483 |
| 18972066 | + | Security Service FCU, RE: XXX XXX 9071, PO Box 691550, San Antonio, TX 78269-1550 |
| 18972065 | + | Security Service FCU, RE: XXX XXX 0349, PO Box 691550, San Antonio, TX 78269-1550 |
| 18972071 | + | The Bureaus Inc, RE: XXX XXX 6774, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 18972080 | | Tom Kneedler, RE: XXX XXX 0000, 467 State Highway 63, Akron, CO 80720 |
| 18972073 | + | United Resource Systems, RE: XXX XXX u000, 3501 S Keller St, Lakewood, CO 80235-2011 |
| 18972068 | + | Viaero Wireless, RE: XXX XXX 3778, 1224 W Platte Ave, Fort Morgan, CO 80701-2949 |
| 18972076 | + | Wakefield and Associates, RE: XXX XXX 1528, PO Box 1127, Fort Morgan, CO 80701-1127 |
| 18972070 | + | Yuma District Hospital, RE: XXX XXX 9467, 1000 W 8th Ave, Yuma, CO 80759-2641 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ingrid.defranco@gmail.com | Feb 19 2021 22:54:00 | Ingrid J. DeFranco, PO Box 128, Brighton, CO 80601-0128 |
| tr | + | EDI: QJCSMILEY.COM | Feb 20 2021 02:48:00 | John Smiley, 600 17th Street, Suite 2800S, Denver, CO 80202-5428 |
| 18972079 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Feb 20 2021 01:33:00 | Bellco Credit Union, RE: XXX XXX 2523, PO Box 6611, Greenwood Village, CO 80155 |
| 18972078 | | Email/Text: BANKRUPTCY@BELLCO.ORG | Feb 20 2021 01:33:00 | Bellco Credit Union, RE: XXX XXX 4058, PO Box 6611, Greenwood Village, CO 80155 |
| 18972049 | + | EDI: CAPITALONE.COM | Feb 20 2021 02:48:00 | Capital One Credit Cards, RE: XXX XXX 2821, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18972050 | + | EDI: CAPITALONE.COM | Feb 20 2021 02:48:00 | Capital One Credit Cards, RE: XXX XXX 5142, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 18972069 | + | EDI: WFNNB.COM | Feb 20 2021 02:48:00 | Comenity Bank Victorias Secret, RE: XXX XXX 0420, PO Box 182125, Columbus, OH 43218-2125 |

| District/off: 1082-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: 769 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 18972052 | + | EDI: ESSL.COM | Feb 20 2021 02:48:00 | Dish Network, RE: XXX XXX 3044, 9601 S Meridian Blvd, Englewood, CO 80112-5905 |
| 18972053 | + | Email/Text: E470BANKRUPTCYCOURT@E470.COM | Feb 20 2021 01:34:00 | E-470, RE: XXX XXX 7377, 22470 E. Stephen D. Hogan Pkwy, Ste 110, Aurora, CO 80018-2426 |
| 18972054 | + | Email/Text: jstauffe_bk@ebay.com | Feb 20 2021 01:34:00 | Ebay, RE: XXX XXX 0000, 7700 W Parmer Lane, Bldg D, Austin, TX 78729-8102 |
| 18972060 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 20 2021 01:33:00 | Kohls, RE: XXX XXX 5835, PO Box 3004, Milwaukee, WI 53201-3004 |
| 18972061 | + | EDI: RMSC.COM | Feb 20 2021 02:48:00 | Pay Pal Synchrony Bank, RE: XXX XXX 3673, PO Box 965061, Orlando, FL 32896-5061 |
| 18972072 | + | Email/Text: brprocessor@pfccollects.com | Feb 20 2021 01:34:00 | Professional Finance Co, RE: XXX XXX 9467, 5754 W 11th St, Ste 100, Greeley, CO 80634-4811 |
| 18972067 | + | EDI: WTRRNBANK.COM | Feb 20 2021 02:48:00 | Target Bankruptcy Department, RE: XXX XXX 0349, PO Box 1327, Minneapolis, MN 55440-1327 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021                Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ingrid J. DeFranco | on behalf of Debtor Audrey K Naomi Dolan ingrid.defranco@gmail.com |
| John Smiley | jsmiley@smileytrustee.com jsmiley@ecf.axosfs.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Audrey K Naomi Dolan<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–1109<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Colorado | Date case filed for chapter:  7   2/18/21 |
| Case number: | 21–10768–TBM | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Audrey K Naomi Dolan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 581 Delta Avenue<br>Akron, CO 80721 | |
| 4. | **Debtor's attorney**<br>Name and address | Ingrid J. DeFranco<br>PO Box 128<br>Brighton, CO 80601–0128 | Contact phone 303–443–1749<br>Email ingrid.defranco@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Smiley<br>600 17th Street<br>Suite 2800S<br>Denver, CO 80202 | Contact phone 303–454–0540<br>Email jsmiley@smileytrustee.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#769**
b309a_7cna
page 1

The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously-filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court US Custom House 721 19th St. Denver, CO 80202–2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM Contact phone 720–904–7300 Date: 2/19/21 |
| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 18, 2021** at **09:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Under Bankruptcy Rule 4002(b)(1)–(2), you shall bring the following to the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such docmumentation does not exist; 2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank, credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and 3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B). | Location: **Telephonic Meeting of Creditors, Please call five minutes in advance, Conference Number – 888–395–7928, Passcode – 4268596** |
| **8. Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/17/21 |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| The case trustee must receive these documents by the following deadlines. | **Deadline to provide documents:** | **Filing deadline:** 7 days *before* the the meeting of creditors |
|---|---|---|
| | You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See Fed. R. Bankr. P. 4002(b). The debtor's failure to comply will result in dismissal of the case unless the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. | |
| **10. Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |